UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-11099-SPG-ADS | Date | July 9, 2026 |
| Title | Farzad Vahdani v. Trans-System, Inc. et al | | |

Present: The Honorable    SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) STIPULATION FOR DISMISSAL [ECF NO. 15]**

Plaintiff Farzad Vahdani and Defendant Trans-Systems, Inc. (together, the "Parties") filed a Stipulation for Dismissal, (ECF No. 15), which is effective to close the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The case is therefore closed. (JS-6). Accordingly, the Court strikes the proposed order (ECF No. 15-1) as moot, and all pending dates are vacated and taken off calendar.

_____ : _____

Initials of Preparer    pg